PEPSI-COLA COMPANY, Appellant, v. THE COCA-COLA COMPANY, Respondent.— (Appeal No. 3.) — Order, on reargument, adhering to the original decision denying in part the plaintiff's motion for an examination of defendant before trial on certain issues raised by the amended reply, modified by directing that defendant be examined as to item numbered 22 of the notice of motion, in addition to the items specified in the order appealed from, and by providing that all books, papers and documents shall be produced for the purposes specified in section 296 of the Civil Practice Act. As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant. The appeal from the original order, dated September 13, 1940, is dismissed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

PEPSI-COLA COMPANY, Respondent-Appellant, v. THE COCA-COLA COMPANY, Appellant-Respondent. (Appeal No. 6.) — On defendant's appeal from an order dated December 11, 1940, granting in part and denying in part the defendant's motion for an examination of the plaintiff before trial on the issues raised by the counterclaim, order modified in the following particulars: (1) By directing the examination of the plaintiff by Richard J. Ritchie, in addition to the other persons specified in the order; (2) by directing that plaintiff be examined as to items numbered 15, 26 and 30 of the notice of motion; (3) by directing that the plaintiff produce upon such examination the documents and articles specified in items numbered III and XV of the notice of motion, and those specified in item numbered XIV, except the plaintiff's drums. On plaintiff's cross-appeal the order is further modified by denying the examination as to item numbered 39 of the notice of motion. As thus modified, the order, in so far as appealed from, is affirmed, with-

out costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.